**THIRD DIVISION**
**ANDREWS, P. J.,**
**DILLARD and MCMILLIAN, JJ.**

**NOTICE: Motions for reconsideration must be**
***physically received* in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules/**

**January 15, 2015**

# In the Court of Appeals of Georgia

A13A1055. PETRAKOPOULOS v. VRANAS.

MCMILLIAN, Judge.

In *Petrakopoulos v. Vranas*, 325 Ga. App. 332 (750 SE2d 779) (2013), we reversed the trial court's order appointing a special master and granting preliminary and injunctive relief, and we affirmed in part and reversed in part the trial court's order denying the motion for summary judgment filed by George A. Petrakopoulos, Sam Mellas, and Alpha Soda Company ("Alpha Soda"). In *Petrakopoulos v. Vranas*, __ Ga. __ (Case No. S14G0599, decided October 20, 2014), the Supreme Court of Georgia vacated the portion of our opinion addressing Gus Vranas's purported claim for unjust enrichment because Vranas contended, for the first time, in the appeal before the Supreme Court that "he never raised an unjust enrichment claim against Alpha Soda and that no such claim exists," although he never informed this Court that

he did not intend to raise such a claim. Id. at n.1. We therefore vacate Division 3 (c) of our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed in part and vacated in part. Andrews, P. J., and Dillard, J., concur*.